## WADE v. CALHOUN NATIONAL BANK.

EVANS, P. J.  This case is controlled by the decision in *Wade* v. *Calhoun National Bank*, ante, 394.

> *Judgment reversed.    All the Justices concur.*
> JUNE 19, 1916.